1  MICHAEL P. STONE, SBN 91142
   MUNA BUSAILAH, and
2  MARC J. BERGER, members of
   STONE BUSAILAH, LLP
3  *A Partnership of Professional Law Corporations*
   200 East Del Mar Boulevard, Suite 350
4  Pasadena, California 91105

5  Telephone:    (626) 683-5600
   Facsimile:    (626) 683-5656
6  Email:        m.stone@police-defense.com

MADE JS-6

7  Attorneys for Plaintiff, GARY L. HOVING

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GARY L. HOVING, | **UNDER SEAL** <br> NO. CV-07-06853 GW (CTx) |
| Plaintiff, | ~~PROPOSED~~ ORDER RE DISMISSAL OF ACTION |
| v. | |
| JAMES PATRICK HEDGES, individually and in his official capacity as Sheriff of San Luis Obispo County; STEVEN A. BOLTS, individually and in his official capacity as Undersheriff of San Luis Obispo County; the COUNTY OF SAN LUIS OBISPO, a political subdivision of the State of California; and DOES 1 through 10, inclusive, | |
| Defendants. | |

---

PROPOSED ORDER RE DISMISSAL OF ACTION

1

1    Based upon the Stipulation re Dismissal of Action, and good cause
2  appearing therefor, IT IS ORDERED that this action is dismissed with prejudice.
3    IT IS SO ORDERED.

4

5  Dated: 10/2/08

                                              _____
                                              Honorable George H. Wu
6                                             United States District Judge

7

8

9

10

11
    **Presented by:**
12  MICHAEL P. STONE, SBN 91142
    MUNA BUSAILAH, and
13  MARC J. BERGER, members of
    STONE BUSAILAH, LLP
14  200 East Del Mar Boulevard, Suite 350
    Pasadena, California 91105
15  Tel:  (626) 683-5600
    Fax:  (626) 683-5656
16  Attorneys for plaintiff
    Gary L. Hoving
17

18

19

20

21

22

23

24

25

26

27

28
    _____
              PROPOSED ORDER RE DISMISSAL OF ACTION
                              2